UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| TIFFANY SIMONE FULTON, GILOA GILLIM, and RUTH MCDANIELS, | **24 Civ. 1606 (JGLC) (GS)** |
| | **ORDER** |
| Plaintiffs, | |
| - against - | |
| CITY OF NEW YORK, JAMES EQUITIES LLC, DOUGLAS C. JAMES, JOHN AND JANE DOES, who are responsible for the latest decisions of 2201 Luxury Condominiums, | |
| Defendants. | |

-------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

In light of Defendants Douglas C. James's and James Equities LLC's recent appearance in this action (Dkt. No. 19), these two Defendants are **ORDERED** to attend the previously scheduled pre-motion conference, which will occur in person on Monday, June 10, 2024 at 10:00 a.m.  (*See* Dkt. No. 18).

  **SO ORDERED.**

DATED:   New York, New York
     May 31, 2024

_____
GARY STEIN
United States Magistrate Judge