UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIFFANY SIMONE FULTON, GILDA
GILLIM, and RUTH MCDANIELS,

                         Plaintiffs,                      24 Civ. 1606 (JGLC) (GS)

                      -against-                        **ORDER**

CITY OF NEW YORK, JAMES
EQUITIES LLC, DOUGLAS C. JAMES,
JOHN AND JANE DOES, who are
responsible for latest decisions of 2201
Luxury Condominiums,

                         Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      As stated on the record during yesterday's pre-motion conference, the City of New York's ("City") motion to dismiss Plaintiffs' Amended Complaint is due by June 28, 2024. Plaintiffs' opposition to that motion, as well as their opposition to Defendants Douglas James's and James Equities LLC's (the "James Defendants") May 31, 2024 motion to dismiss (*see* Dkt. Nos. 20-22), are due by July 31, 2024. Plaintiffs shall file a single memorandum of law in opposition to both the City's and the James Defendants' motions. The City's and the James Defendants' respective reply briefs are due by August 14, 2024.

      The parties shall comply with Judge Clarke's Individual Rules and Practices in Civil Cases ("Judge Clarke's Rules"), and in particular with Section 4 thereof (relating to motions), which are available at [JGLC Clarke Individual Rules and Practices in Civil Cases_0.pdf (uscourts.gov)](). Because Plaintiffs will be responding to both motions in a single brief, Plaintiffs' opposition brief is not subject to the 25-page limit in Section 4.b of Judge Clarke's Rules and may be up to 40 pages in length. For purposes of Section 4.e of Judge Clarke's Rules, Plaintiffs

shall have until 10 days after receipt of the City's motion to notify the Court and Defendants as to whether Plaintiffs intend to file an amended pleading in response to either the City's motion or the James Defendants' motion.

Furthermore, in light of the James Defendants' unexcused absence at yesterday's pre-motion conference (*see* Dkt. No. 26), they are required to promptly order a transcript of yesterday's proceedings so they may inform themselves as to what occurred at the conference. The James Defendants shall also make a copy of the transcript available to the *pro se* Plaintiffs at Plaintiffs' request.

**SO ORDERED.**

DATED:   New York, New York
         June 11, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge