**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TIFFANY SIMONE FULTON, GILDA D.
GILLIM, and RUTH MCDANIELS,

                Plaintiffs,

  -against-                            24 **CIVIL** 1606 (JGLC)

                                                  **JUDGMENT**

CITY OF NEW YORK, JAMES EQUITIES LLC,
DOUGLAS C. JAMES, JOHN AND JANE DOES,
who are responsible for the latest decisions of 2201
Luxury Condominiums,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 13, 2025, claims against all defendants are DISMISSED without prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

      January 14, 2025

                                                   **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                                    **BY:**
                                                   _____
                                                       **Deputy Clerk**